DENNIS B. COOK, ESQ. (SBN 093432)
STEPHEN R. McCUTCHEON, JR., ESQ. (SBN 191749)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Plaintiffs
UNITED STATES OF AMERICA for the use and benefit
of HAROLD E. NUTTER, INC. and HAROLD E.
NUTTER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of HAROLD E. NUTTER, INC., and HAROLD E. NUTTER, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL TEAM CONSTRUCTION SERVICES, INC., a California Corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>　　　　　Defendants. | Case No.  2:12-CV-00139-JAM-KJN<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COURT APPROVAL OF EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br>[Rule 144] |

////

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR COURT APPROVAL OF EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff has previously stipulated with Defendants TOTAL TEAM
2  CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF
3  AMERICA to the maximum extension of time to answer or otherwise respond to Plaintiffs'
4  Complaint.  Based upon the pending resolution of Plaintiff's claims, Plaintiff has requested
5  a further two week extension of time for Defendants to respond.

6  Based upon the request of Plaintiff, the further extension of time is GRANTED.
7  Defendants shall have until March 28, 2012 to respond to Plaintiff's complaint.

10  DATED: March 14, 2012              /s/ John A. Mendez
11                                     JOHN A. MENDEZ
                                       U.S. District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR COURT APPROVAL OF
EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

2

C:\Documents and Settings\HVine\Desktop\12cv139.o.31412.doc

PDF created with pdfFactory trial version www.pdffactory.com